IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ALAN JOHNSON,  :

    Plaintiff,

v.  :  Case No. 3:13-cv-383

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,  :  JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY ADOPTING UNITED STATES CHIEF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #19); SUSTAINING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES UNDER EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) (DOC. #18); DIRECTING DEFENDANT TO PAY PLAINTIFF'S ATTORNEY FEES IN THE AMOUNT OF $5,455.77

---

Based on the reasoning and citations of authority set forth by United States Chief Magistrate Judge Sharon L. Ovington, in her April 16, 2015, Report and Recommendations, Doc. #19, as well as on a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety. Although the parties were notified of their right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections have been filed within the time allotted.

The Court SUSTAINS Plaintiff's unopposed Motion for Attorney Fees Under Equal Access to Justice Act, 28 U.S.C. § 2412(d), Doc. #18. Defendant is DIRECTED to pay Plaintiff's attorney fees in the amount of $5,455.77.

This case shall remain terminated on the Court's docket.

Date: May 4, 2015

WALTER H. RICE
UNITED STATES DISTRICT JUDGE